DAVID J. KAMINSKI (SBN #128509)
KaminskiD@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
LAW OFFICES OF THOMAS LANDIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| KATRINA WONG,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>LAW OFFICES OF THOMAS LANDIS<br><br>　　　　　　Defendants. | CASE NO. CV 09 3882 MHP<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES**<br><br>[FILED CONCURRENTLY WITH ~~PROPOSED~~ ORDER] |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant LAW OFFICES OF THOMAS LANDIS and Plaintiff KATRINA WONG through their respective counsel of record, that Plaintiff shall dismiss, with prejudice the above-entitled lawsuit in its entirety, as to all parties named therein, pursuant to FRCP 41(a)(1).

///
///
////
///
///
///
///

1

1   Each party shall bear its own costs and expenses.

2

3   DATED: April 15, 2010                    LAW OFFICES OF TODD M. FRIEDMAN

4

5                                            By   /s/ Todd M. Friedman
                                                  Todd M. Friedman
6                                                 Attorneys for Plaintiff, KATRINA WONG

7

8   DATED:  April 15, 2010                   CARLSON & MESSER LLP

9

10                                           By   /s/ David J. Kaminski
                                                  David J. Kaminski
11                                                Attorneys for Defendant,
                                                  LAW OFFICES OF THOMAS LANDIS
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
 1  DAVID J. KAMINSKI (SBN #128509)
    KaminskiD@cmtlaw.com
 2  CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214
 3  Los Angeles, California 90045
    (310) 242-2200 Telephone
 4  (310) 242-2222 Facsimile

 5  Attorneys for Defendant,
    LAW OFFICES OF THOMAS LANDIS
 6

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| KATRINA WONG, | CASE NO. CV 09 3882 MHP |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE |
| vs. | |
| LAW OFFICES OF THOMAS LANDIS | [FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE] |
| Defendants. | |

The Court has reviewed the Stipulation of Plaintiff KATRINA WONG and Defendant LAW OFFICES OF THOMAS LANDIS, ("Defendant") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1.   That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED**

DATED: _4/19/2010___



_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel